UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS E. TORRES

                              Plaintiff,

        -v-

VICTORIA A. INT'L LLC, et al.,

                            Defendants.

23 Civ. 7444 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In accordance with this Court's May 1, 2024, order granting an extension of the fact discovery deadline in this case through July 2, 2024, Dkt. 24, the case management conference previously scheduled for June 10, 2024 at 2:00 PM is adjourned to August 6, 2024 at 3:00 PM.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2024
       New York, New York